

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

10 DEC 30 PM 1:56

COURTNEY PERRY - BK. NO. 10124030
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

SHELBY COUNTY CORRECTIONAL
FACILITY - OFFICER SHIRLEY
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit   NONE!
      Plaintiffs:  COURTNEY PERRY

      Defendants: SHELBY COUNTY CORRECTIONAL OFFICER SHIRLEY 3RD SHIFT. Avex H pod.

      2. Court (if federal court, name the district; if state court, name the county): _____
      3. Docket Number: _____
      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
      6. Approximate date of filing lawsuit: _____
      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: **SHELBY COUNTY JAIL, 201 POPLAR AVE**
   A. Is there a prisoner grievance procedure in the institution?
                                            Yes (X)  No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
                                            Yes (X)  No ( )
   C. If your answer is Yes:
      1. What steps did you take? **FILED A GRIEVANCE # G-296663**
      2. What was the result? **LT. ESTER SAID THAT HE WOULD TALK TO OFFICER SHIRLEY ON NOV. 30th, 2010**
   D. If your answer is No, explain why not:

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff **COURTNEY PERRY**
       Address **201 POPLAR AVE., MEMPHIS, TN. 38103**

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant _____ is employed as
      at _____

   C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

ON NOV. 24th, 2010 AFTER MIDNIGHT, 3RD SHIFT OFFICER SHIRLEY WORKING THE FIRST FLOOR, LET OUT THE INMATE WORKERS TO BUFF THE FLOORS. MINUTES LATER I HEARD MY NAME AND CELL NUMBER BEING CALLED BY ONE OF THE INMATE WORKERS ASKING OFFICER SHIRLEY WHAT I WAS IN JAIL FOR. I HEARD THE OFFICER TELLING THE INMATE TO COME OVER AND LOOK AT THE COMPUTER AT THE CHARGES. THE NEXT MORNING, I STARTED HEARING INMATES IN THE POD TALKING ABOUT WHAT THEY WERE GOING TO DO TO ME. I WAS SCARED TO COME OUT OF MY CELL BECAUSE EVERYONE WAS SAYING MY CHARGES AND THREATS.

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

LEGAL SANCTIONS AGAINST THE OFFICER AND SUPERVISOR FOR NOT TREATING THIS LIFE THREATENING MATTER SERIOUS. OFFICER DISCLOSED CONFIDENTIAL INFORMATION TO INMATES THAT PLACED ME IN FEAR OF MY LIFE WITH CONSTANT THREATS FROM THE GENERAL POPULATION. MONETARY DAMAGES, MENTAL STRESS, AND TO BE PLACED IN A SAFER PLACE.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 28 day of December, 20 10.

Courtney Perry

(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08

Courtney Perry #10224030 3-D-22
201 Poplar Ave
Memphis, TN 38103

SHELBY COUNTY JAIL

RECEIVED
10 DEC 30 PM 1:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

Office of The Clerk
U.S. District Court
TnWD
167 N. Main, Suite 242
Mphs, TN 38103



Tvey Perry 3-0-22
poplar Ave
Tn 38103

#20124030

RECEIVED
10 DEC 30 PM 1:56

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

SHELBY COUNTY JAIL

Office of The Clerk
U.S. District Court
TnWD
167 N. Main, Suite 242
Mphs, TN 38103



PRIVILEGE
MAILED FROM ZIP CODE 38103
$1.73